John W. Kim (Cal. SBN 216251)
The Financial Services and Bankruptcy Law Group
601 S. Figueroa St., Suite 3900
Los Angeles, California 90017
Telephone: (213) 292-6441
Email: johnkim@jwklawgroup.com

Attorneys for Petitioning Creditors
Warren Havens and Polaris PNT BNC (a Delaware Public Benefit Corp.)

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re:<br><br>LEONG PARTNERSHIP,<br><br>Putative Debtor. | **Case No.:** 16-42363<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

- 1 -

STATE OF CALIFORNIA)

CITY OF LOS ANGELES)

I, John W. Kim, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 601 S. Figueroa St., Suite 4050, Los Angeles, California, 90017. On January 6, 2017, I caused to be served the following documents:

- **MOTION BY LAW OFFICE OF JOHN W. KIM DBA FINAN. SERV. & BANKR. LAW GROUP TO WITHDRAW AS COUNSEL OF RECORD FOR PETITIONING CREDITORS WARREN HAVENS AND POLARIS PNT PBC; DECLARATION OF JOHN W. KIM, ESQ.**

- **NOTICE AND AN OPPORTUNITY FOR HEARING ON MOTION BY JWK LAW GROUP DBA FINAN. SERV. & BANKR. LAW GROUP TO WITHDRAW AS COUNSEL OF RECORD FOR PETITIONING CREDITORS WARREN HAVENS AND POLARIS PNT PBC**

In the manner stated below:

TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the documents. On **January 6, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below.

**VIA ELECTRONIC MAIL NOTICE LIST**
Gail S. Greenwood on behalf of Interested Party Dr. Arnold Leong
ggreenwood@pszjlaw.com, sshoemaker@pszjlaw.com

Miriam Manning on behalf of Interested Party Dr. Arnold Leong
mmanning@pszjlaw.com, ocarpio@pszjlaw.com

Office of the U.S. Trustee/Oak
USTPRegion17.OA.ECF@usdoj.gov, ltroxas@hotmail.com

**VIA ELECTRONIC MAIL AND FEDERAL EXPRESS**
Warren Havens and Polaris PNT PBC
wrrnvns@gmail.com, jimmy.stobaugh@outlook.com

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.
    Executed on January 6, 2016, at Los Angeles, California

                                  /s/ John W. Kim
                                  John W. Kim, Esq.