UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
1300 Clay St. #300
Oakland, CA 94612



**FILED**
**JAN 2 4 2017**
**BANKRUPTCY COURT**
**OAKLAND, CALIFORNIA**

## TRANSMITTAL FORM

TO: Bankruptcy Appellate Panel of the Ninth Circuit, 125 S. Grand Avenue, Pasadena, CA, 91105

CASE NAME: Leong Partnership

BANKRUPTCY NO.: 16-42363 CN

BANKRUPTCY JUDGE: Charles Novack

DATE NOTICE OF APPEAL FILED: 01/12/2017

DATE OF ENTRY OF ISSUE: 12/29/2016

DATE BANKRUPTCY FILED: 08/22/2016

NOTICE OF OBJECTION FILED: N/A

DATE OF TRANSMITTAL: 1/24/17

PLEASE STAMP YOUR CASE NUMBER on a copy of this transmittal form and return the copy to the bankruptcy court.

_____
Deputy Clerk